UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOSHUA HAYES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:23-CV-671-CHB |
| ) | |
| v. ) | |
| ) | |
| GORDON FOOD SERVICE, INC., and ) | **JUDGMENT** |
| UNIVERSAL PROTECTION SERVICE, ) | |
| LLC, *d/b/a* ALLIED UNIVERSAL ) | |
| SECURITY SERVICES ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| GORDON FOOD SERVICE, INC., ) | |
| ) | |
| Third-Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ECLIPSE ADVANTAGE LLC, and ) | |
| COREY ROWLAND ) | |
| ) | |
| Third-Party Defendants ) | |

*** *** *** ***

In accordance with the memorandum opinion and order entered on this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. Defendant Universal Protection Service, LLC's, Motion for Judgment on the Pleadings, [**R. 31**], is **GRANTED.**

2. Defendant Gordon Food Service, Inc's, Motion for Summary Judgment, [**R. 34**], is **GRANTED.**

3. The Amended Complaint, [**R. 15**], is **DISMISSED** with prejudice.

4. This is a **FINAL ORDER**.

Additionally, the Court **HEREBY ORDERS** Defendant Gordon Food Service, Inc., to **FILE** a status report or appropriate motion as to the status of its Third-Party Complaint, [R. 28], within **fourteen (14) days** of the entry of this order.

This the 27th day of January 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY